1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

8
9

IVET VALDEZ,

      Plaintiff,

   v.

MIDLAND CREDIT
MANAGEMENT, INC.,

      Defendant.

Case No.  3:20-cv-02129-DMS-AGS

**ORDER OF DISMISSAL**

10
11
12
13
14
15
16
17
18
19

    Plaintiff, Ivet Valdez ("Plaintiff") and Defendant, Midland Credit Management, Inc. ("Defendant"), having filed with this Joint Motion for Dismissal with Prejudice and the Court having reviewed the same, IT IS HEREBY ORDERED:

20
21

    1. The action against Midland Credit Management, Inc. is hereby dismissed with prejudice. Each party shall bear its own costs and attorney fees.

22

    **IT IS SO ORDERED.**

23
24

Dated:  March 23, 2021

25
26
27
28

Hon. Dana M. Sabraw, Chief Judge
United States District Court